**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 26-MJ-42** |
| | : | |
| **FRANK OLIVARRIA,** | : | **VIOLATION:** |
| | : | |
| **Defendant** | : | **18 U.S.C. § 2252(a)(2), (b)(1)** |
| | : | **(Distribution of Child Pornography)** |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

Between or about December 9, 2025, and January 6, 2026, in the District of Columbia and elsewhere, the defendant, **FRANK OLIVARRIA**, did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that has been shipped or transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     */s/ Caroline Burrell*_____
Caroline Burrell
Assistant U.S. Attorney
C.A. Bar 283687
601 D St., N.W.
Washington, D.C. 20530
(202) 252-6950
Caroline.Burrell@usdoj.gov